THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.,
 Ronnie Russell Williams, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-065
Submitted February 2, 2009  Filed
 February 9, 2009   
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Ronnie Russell Williams appeals his guilty pleas to entering a bank with the intent to steal, failure
 to stop for a blue light, and possession of a stolen vehicle and concurrent sentences
 of twenty years, three years, and thirty days, respectively.  Williams argues
 the plea court failed to satisfy the mandates of Boykin v. Alabama, 395
 U.S. 238 (1969), by failing to grant his motion to relieve counsel.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]  
APPEAL DISMISSED.
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.